**UNSEALED PER ORDER**
2/26/14

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**
FEB 14 2014
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. (UNDER SEAL) |
| CODY MATTHEW TACKETT | § | 14-0069 |

### INFORMATION

The United States Attorney charges that:

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

### COUNT 1

(*Threatening Communication: Hoax Bomb* – Title 18 U.S.C. § 844(e))

On or about November 20, 2013, within the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**Cody Matthew Tackett,**

by means and use of an instrument of commerce, that is, the internet, did willfully make a threat, and knowingly and maliciously convey false information concerning an attempt to unlawfully damage and destroy a building and real property by means of an explosive, knowing the same to be false.

In violation of Title 18, United States Code, Section 844(e).

Kenneth Magidson
United States Attorney

BY: _____
C.M. Leazer
Assistant United States Attorney
(713) 567-9500

1